IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RODOLFO SANCHEZ and § | | |
| KRISTOPHER SLEEMAN, § | | |
|     *Plaintiffs*, § | | |
| § | | |
| v. § | CAUSE NO. 1:11-cv-00993-LY | |
| § | | |
| CITY OF AUSTIN, § | | |
|     *Defendant*. § | | |

### STATUS REPORT

Pursuant to the Court's order, plaintiffs Rodolfo Sanchez and Kristopher Sleeman hereby advise the Court of the parties' efforts to resolve the remaining disputed issues regarding fees to be awarded under 42 U.S.C. §1988.

1. Plaintiffs have communicated an offer of settlement to defendant concerning the plaintiffs' first Motion for Attorneys' Fees, Costs, and Expenses (Dkt. No. 73), covering fees incurred through the Court's judgment on the merits of this matter. Defendant has taken the offer under advisement.

2. Pursuant to Local Rule CV-7(j), plaintiffs have advised defendant of the rates, hours, and fee amounts anticipated to be requested in a second Rule 54(d) motion, per the Court's instruction, covering fees incurred in the prosecution of the Fifth Circuit appeal. The parties have not yet met and conferred to determine what, if any, objections defendant may have to the anticipated fee request but will do so prior to the filing of the second fees motion as required by Local Rule CV-7(j).

3. The parties have agreed to mediate the remaining issues regarding fees before the Hon. Patrick Keel. A half-day mediation session has been set and confirmed for February 19, 2015.

Dated: January 30, 2015

                                                      Respectfully submitted:

                                                      /s/ Ryan P. Bates
                                                      Ryan P. Bates
                                                      State Bar No. 24055152
                                                      rbates@batespllc.com
                                                      BATES PLLC
                                                      3300 Harris Park Avenue
                                                      Austin, Texas 78705
                                                      [Tel.] (512) 694-5268
                                                      *Attorney for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

On January 30, 2015, the undersigned counsel for plaintiffs conferred with Chris Edwards, counsel for defendant, concerning this status report and plaintiffs' proposal to file the report jointly. Ms. Edwards offered no objection to the report itself, but she did not authorize the joint filing of this status report.

/s/ Ryan P. Bates
Ryan P. Bates

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing pleading on the attorneys of record for the defendant, in compliance with the Federal Rules of Civil Procedure on January 30, 2015, via the Court's electronic filing system and email.

Chris Edwards
Assistant City Attorney
chris.edwards@austintexas.gov
CITY OF AUSTIN LAW DEPARTMENT
Post Office Box 1546
Austin, Texas 78767
[Tel.] (512) 974-2667
[Fax] (512) 974-2912

/s/ Ryan P. Bates
Ryan P. Bates