IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RODOLFO SANCHEZ and | § | |
| KRISTOPHER SLEEMAN, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | Case No. 1:11-cv-00993-LY |
| | § | |
| CITY OF AUSTIN, | § | |
|     *Defendant.* | § | |

**JOINT STATUS REPORT**

Plaintiffs Rodolfo Sanchez and Kristopher Sleeman and defendant City of Austin hereby advise the Court of the parties' efforts to resolve the remaining disputed issues regarding fees to be awarded under 42 U.S.C. §1988.

1. The parties participated in a mediation session before the Hon. Patrick Keel on February 19, 2015. At that session, the parties reached an agreement in principle to settle plaintiffs' claims for fees requested in their Motion for Attorneys' Fees, Costs, and Expenses (Dkt. No. 73) and their Motion for Attorney's Fees and Expenses Related to Appeal (Dkt. No. 100). The parties' agreement in principle is subject to approval by Austin's City Council, which the parties anticipate will be forthcoming by April 2015. Following such approval, the parties have agreed to seek dismissal of those and any other remaining claims.

2. In light of these developments, plaintiffs respectfully request that the Court stay the deadline for submitting a reply in support of their motion for fees related to appeal. Under Local Rule CV-7(f)(2), that reply is currently due on February 24, 2015. The City does not oppose this request.

Dated:  February 24, 2015

Respectfully submitted:

| | |
|---|---|
| /s/ Ryan P. Bates | /s/ Chris Edwards (by authority) |
| Ryan P. Bates | Chris Edwards |
| State Bar No. 24055152 | Assistant City Attorney |
| rbates@batespllc.com | State Bar No. |
| BATES PLLC | chris.edwards@austintexas.gov |
| 3300 Harris Park Avenue | CITY OF AUSTIN LAW DEPARTMENT |
| Austin, Texas 78705 | P.O. Box 1546 |
| [Tel.] (512) 694-5268 | Austin, Texas 78767 |
| *Attorney for Plaintiffs* | [Tel.] (512) 974-2619 |
| | [Fax] (512) 974-1311 |
| | *Attorney for Defendant* |

### CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing pleading on the attorneys of record for the defendant, in compliance with the Federal Rules of Civil Procedure on February 24, 2015, via the Court's electronic filing system and email.

Chris Edwards
Assistant City Attorney
chris.edwards@austintexas.gov
CITY OF AUSTIN LAW DEPARTMENT
Post Office Box 1546
Austin, Texas 78767
[Tel.] (512) 974-2667
[Fax] (512) 974-2912

/s/ Ryan P. Bates
Ryan P. Bates